### 3941. WATSON *v.* THE STATE.

RUSSELL, J. The evidence did not authorize the conviction of the defendant. Mere proof of general reputation to that effect will not authorize the conviction of one accused of the offense of keeping a lewd house. The decision in this case is controlled by the rulings of this court in *Jones* v. *State*, 2 *Ga. App.* 433 (58 S. E. 559), and *Coleman* v. *State*, 5 *Ga. App.* 366 (63 S. E. 244). The court erred in refusing a new trial.

*Judgment reversed.*

DECIDED MARCH 19, 1912.

Accusation of keeping lewd house; from city court of Savannah—Judge Davis Freeman. December 21, 1911.

*Shelby Myrick, J. H. Kinckle*, for plaintiff in error.

*Walter C. Hartridge*, solicitor-general, *Morris H. Bernstein*, contra.